THIS COMPLAINT IS BEING FILED AS A COMPLAINT UNDER THE CIVIL RIGHTS
ACT, 42 U.S.C. § 1983

**RECEIVED**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

FEB 0 8 2023

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| **Jerry D. Ashburn, Chris Bennett, and Eric M. Thompson, Prisoners, at the Iowa State Penitentiary, et al.,**<br><br>Plaintiffs,<br><br>vs.<br><br>**Rebecca Bowker,** Executive Officer; **Kim Reynolds,** Governor; **Thomas Miller**, Ex-Attorney General; **Beth Skinner,** Director; **Randy Gibbs,** Deputy Director; **Chris Tripp,** Warden; **Brad Hoenig,** AW Treatment, **Iowa Department of Corrections,** et al.,and **State of Iowa**, et al.,<br><br>Defendants. | Case No._____<br><br>**CIVIL COMPLAINT**<br><br>**WITH A JURY DEMAND** |

### I. Previous Lawsuits:

Have you begun other lawsuits in State or Federal Court dealing with the same facts involved in this action? Or otherwise related to your imprisonment?

Jerry D. Ashburn, Chris Bennett, and Eric M. Thompson, has not been involved in a civil complaint with the same facts. Yes, he has been involved in a civil complaint concerning his imprisonment. But he no longer has any records of said action.

### II. Place of present confinement is:

Iowa State Penitentiary (ISP)
PO Box 316
Fort Madison, IA 52627-0316

A. Yes, there is a grievance system at the Iowa State Penitentiary. The problem is, if a prisoner files a grievance, he faces the fact that his cell will be shaken down continually. He faces the chance of being locked under investigation for a long period of time.

Yes, all of the (Plaintiff's) have filed grievances...

B. The grievances were totally exhausted. The results are basically the same. The grievance system is broken, and used to cover up all of the issues, and for the people involved...

C. The Response to the final appeals of Jerry D. Ashburn, and Chris Bennett are enclosed, along with the Final Appeal. This will show that this matter has been totally exhausted. As is required before filing a 1983 civil complaint.

D. There is a grievance system, and there were a great number of letters written in 2022. Just last year a letter was written to Defendant Kim Reynolds, and Defendant Thomas Miller,, and an Inmate memo was written to Rebecca Bowker, Executive Officer, and Grievance Officer.

E. Yes, the issues in this complaint were brought to the attention of the prison staff in the form of Kiosk's were spoken too, all being nothing more than a waste of time.

### III. Parties: Plaintiffs

A. & B. Chris Bennett, #1061193, Iowa State Penitentiary

Jerry D. Ashburn, #0206577, Iowa State Penitentiary

Eric M. Thompson, #1150729, Iowa State Penitentiary

All plaintiffs are at Iowa State Penitentiary, PO Box 316, Fort Madison, IA 52627-0316, at this time. Prisoners are being transported out of ISP, like they were cattle at a sale barn.

### C. & D. Defendants

Rebecca Bowker, Executive Officer & Grievance Officer
Iowa State Penitentiary
P.O. Box 316
Fort Madison, Iowa 52627-0316

Kim Reynolds, Governor
Office of the Governor
1007 Grand Avenue
Des Moines, Iowa 50319

Thomas Miller, Ex-Attorney General
Office of the Attorney General
Hoover State Office building
1305 East Walnut Street
Des Moines, Iowa 50319

Beth Skinner, Director
Iowa Department of Corrections
510 East 12th Street, Suite 3
Des Moines, IA 50319


Randy Gibbs, Deputy Director
Iowa Department of Corrections
510 E. 12th Street, Suite 3
Des Moines, Iowa 50319

Chris Tripp, Warden
Iowa State Penitentiary
PO Box 316
Fort Madison, Iowa 52627-0316

Brad Hoenig, AW Treatment & Grievance Appeals
Iowa State Penitentiary
P. O. Box 316
Fort. Madison, Iowa 52627-0316


### IV. Jurisdiction

This Complaint is brought pursuant to 42 U.S.C. § 1983, and jurisdiction is based on 28

U.S.C. § 1343©. Plaintiff(s) do allege that the defendant(s) with malice aforethought, and clear

intentional act of deliberate indifference, and callous disregard for the plaintiffs' U.S.

Constitutional rights, did commit these acts while acting under color of state law, or hiding

and/or using said color of state law to cover up for their actions, with regard to the facts that shall

be stated in Part V of this civil complaint.


**It should be noted**: All of the plaintiffs are pro se litigants, none of us has a law degree, nor any

legal education other than being forced to learn what we could in a law library, and personal

books.

"Pro se litigants' pleadings are to be construed liberally and held to a less stringent standard than formal pleadings drafted by a lawyer; if a court can reasonably read pleadings to state a valid claim on which the litigant could prevail, it should do so despite failure to cite proper legal authority, confusion of legal theories, poor syntax and sentence construction, or litigants unfamiliarity with pleading requirements." Fazzomo v Northeast Ohio Correctional Center, 473 F3d 229 (6th Cir. 2006); Gomez-Diaz v U.S., 433 F3d 788 (11th Cir. 2005); Boag v MacDougall, 454 U.S. 364, 70 Led2d 551, 102 SCt. 700 (1982); Haines v Kerner, 404 U.S. 519, 30 Led2d 652, 92 SCt. 594 (1972).

"Pro se complaints and motions from prisoners are to be liberally construed." White v Kautzky, 494 F3d 677 (8th Cir. 2007); McBride v Deer, 240 F3d 1287 (10th Cir. 2001).

"Pro se litigants bringing a civil rights suit in forma pauperis is entitled to five procedural protections:" 1) Process issued and served; 2) Notice of any motion thereafter made by the defendant of the court to dismiss the complaint and grounds thereof; 3) An opportunity to at least submit a written opposition to such a motion; 4) In the event of dismissal, a statement of grounds thereof; 5) An opportunity to amend the complaint in an attempt to overcome the deficiency unless it clearly appears from the complaint that the deficiency cannot be overcome by amendment. Noll v Carlson, 809 F2d 1446 (9th Cir. 1987).

**General Allegations and Statement of Claim:**

1. The Defendants had the New Iowa State Penitentiary, (herein known as ISP) built within 300 yards of an 'Active Land Fill'. Defendant Rebecca Bowker oversaw the building of the New ISP.

    1. Because of the close proximity to the Ft. Madison dump/land fill (300 yards) and the prevailing winds, ISP is constantly bombarded with volatile organic compounds and particulate matter from the 'Land Fill'

    2. Subsequently the filtration is bombarded and overwhelmed with these compounds making them less efficient as well as a breeding ground for mold and mildew.

    3. The HVAC System in the Iowa State Penitentiary does not give the correct amount of air flow into the cells of most prisoners, for fact the correct amount is 30 Cubic feet of fresh air per-minute. Most cells are lucky if they get above 10 cubic feet of fresh air per-minute. A lot of the cells are dead air hot boxes, and others are ice boxes. The HAVC System has been a dirty joke since they opened this prison.

    4. The Plaintiffs, and many other prisoners suffer constantly from sinus infections, ear problems, and irritated eyes. This is not seasonal, it is 24/7, seven days a week.

    5. We know from talking to other prisoners and guards that many are experiencing the same eye, ear, and sinus problems. None of these problems were prevalent when ISP was located down the hill (The Old ISP).

6. On a regular basis we must clean the ceiling directly in front of the air vent. Obviously clean air is not coming out of the vent and something must be done about this immediately.

7. The Defendants have done nothing other to correct this problem.  Even with everyone in this prison suffering from these injuries. These Defendants still choose to ignore the facts. Try to work around all the issues.

8. By ignoring the Federal Clean Air Act (CAA) the Defendants have clearly violated all of the Plaintiffs' and et al. prisoner's right to equal protection of the law, as is clearly written in the 6th Amendment, there 8th Amendment to be free from acts of cruel and unusual punishment, and there 14th right to due process of the law, as written in the United States Constitution. Which were imposed by being forced to breath in the illegal particles in the Air System at the ISP. Which has, and continues to cause serious damage to the Plaintiffs health, and the health of all prisoners, at ISP.

9. Often times the Plaintiffs can taste the foul Air, our throats become sore because of what we breath, our breathing is plugged up each morning, eyes itch at times, or our ears ache at times. Why is this? We have even had our shoes, and socks turn colors from playing sports on the main yard because of what has blown out of the 'Land Fill'.

10. Because of the Prison being built so closed to the active 'Land Fill' the Plaintiffs, and all other prisoners, are having medical problems caused now, and will have more medical problems later in life. All because the Defendants, did not care where prisoners we warehoused.

11. Would the Defendants build new homes 300 yards east of an active 'Land Fill'??? NO! But, they have no problem warehousing prisoners in the Iowa Department of Corrections, is the same as making the Plaintiffs, and all Prisoners live in the 'Land Fill. The Defendants committed this act with clear malice aforethought to cause pain, and suffering to all.

12. Defendant Rebecca Bowker, is the Executive Officer, at the Iowa State Penitentiary the person who oversaw the building of the new Iowa State Penitentiary. She is also the Grievance Officer who ignored the true issues of the grievance, and gave an ignorant response. Rebecca Bowker was made aware of the bad air, and it causing damages to all the prisoner's health, but yet she did nothing to solve the problem, or even attempt too. Defendant Rebecca was made aware of this via an Inmate Memo, with the 'Informal Resolution' attached to it which she did respond too. She also responded to the Grievance. Because of Defendant Rebecca Bowker's actions, or no actions taken, which caused harm, or injury to the health, and wellbeing of Prisoners being held, she is clearly responsible.

13. Defendant Kim Reynolds, is the Governor of the State Of Iowa, who had a copy of the Grievance mailed to her. And had a unsigned form letter sent back to Plaintiff

Jerry D. Ashburn, but did nothing to correct or even attempt to correct the problem. Ignoring the health, and wellbeing of all of the Plaintiffs, and other Prisoners at the Iowa State Penitentiary. Defendant Kim Reynolds, appointed Defendant Beth Skinner to the position of Director, of the Iowa Department of Corrections, and is therefore the person responsible for her action, or action that was not taken, which caused any harm, or injury to the health of Prisoners Being held in the Iowa Department Corrections.

14. Defendant Thomas Miller, Ex-Attorney General for the State Of Iowa, at the time was also sent a copy of the Grievance, and totally ignored it. Therefore, Thomas Miller also made the choice to ignore problems, and did not even attempt to correct them.

15. Defendant Beth Skinner, Director, of The Iowa Department of Corrections, is responsible for the Care, Health, and the Wellbeing of all of the Prisoners being held in the custody of The Iowa Department of Corrections. She is also responsible for all of the employees throughout the Iowa Department of Corrections, and their action, or no action taken, that can, or has, or will cause injury to the health, and wellbeing of Prisoners held.

16. Defendant Randy Gibbs, Deputy Director, of the Iowa Department of Corrections, is responsible for the Care, Health, and the Wellbeing of all the Prisoners being held in the custody of the Iowa Department of Corrections. He is also responsible for all of the employees serving in positions below him in the Iowa Department of

Corrections, and their action, or no action taken, that can, or has, or will cause injury to the health, and wellbeing of Prisoners being held.

17. Defendant Chris Tripp, Warden, of the Iowa State Penitentiary, is responsible for all of the employees working under him at the Iowa State Penitentiary, their actions, or no actions being taken, that has, or will cause injury, to the health, and wellbeing of Prisoners being held.

18. Defendant Brad Hoenig is the Associate Warden of Treatment at the Iowa State Penitentiary, he is also the person who was suppose to respond to the First Appeal, Written for the Grievance #58614, and did nothing to solve the problem, or even attempt to solve the problem. For fact he did not even respond to the 1st Appeal, even after it was brought to his attention that per-policy he only had 15 days. Defendant Brad Hoeing stated: 'There are other that I must respond to before you. I will get to it when I can.. This statement was on the 16th day, already beyond the time to respond to the Appeal. He then responded at a later date, with the response postdated.

19. In general, the plaintiffs contend that the policies, procedures, practices, and acts of the defendants, officials, administrators, and government agencies did violate the plaintiffs' U.S. Constitutional rights as are clearly written in 6th, 8th, and 14th Amendments, to equal protection of the law, and to be free from acts of cruel and unusual punishment, and due process of law.

20. The policies, procedures, practices, and acts alleged were undertaken, aided, authorized, supervised or construed to by each defendant, official, administrator, or government agencies with malice aforethought, with willful and wanton desire and designed to violate, with deliberate indifference, reckless and callous disregard of the rights, privileges, and immunities of the plaintiffs under the aforementioned rights.

21. As a result of the policies, procedures, practices, and acts of the defendants, officials, administrators, and government agencies, the plaintiffs have suffered severe emotional and psychological distress, anguish, anxiety, mental pain and torture being imposed upon us all, due to the willful, wanton and deliberate misconduct, and criminal acts of the defendants, official, administrators, government agencies, all while they were acting under or hiding behind the color of State law. All the time knowing that the Iowa taxpayer will be the only one to suffer for their unconstitutional acts.

22. The Plaintiffs are located at the Iowa State Penitentiary, a prison within the Iowa Department of Corrections (IDOC), or are somewhere in a prison in the IDOC.

23. Plaintiffs Jerry D. Ashburn, Chris Bennett and Eric M. Thompson, are all prisoners at the Iowa State Penitentiary (ISP), or were when the Grievances were filed.

24. The letters or Kiosk, and Inmate Memos were sent to all of the following defendants with copies of the Grievance or 'Informal Resolution' enclosed/attached: Executive Officer Rebecca Bowker, Governor Kim Reynolds, Ex-Attorney General Thomas Miller.

25. The problem is in the IDOC the same defendants continually deny prisoners throughout the system their rights. They have been sued over and over and lost over and over, at no cost nor punishment to the individual defendants. The defendants knowingly and intentionally violate prisoners' rights, knowing there is no cost to their person, that the taxpayer will pay the bill.

26. In some way these defendants must be held accountable and punished for their actions and misdeeds that they have clearly committed with malice aforethought and the knowledge that what they were doing was wrong.

27. The defendants all have been made aware of the unconstitutional acts committed by letters, and Grievances still made the choice to deny or allow the plaintiffs' rights to be violated as is clearly written in this civil complaint paragraphs 1 through

28. For this reason the defendants have clearly lost their right to be protected by qualified immunities, and are sued not just in their official capacity, but their

individual capacity, for clearly and intentionally ignoring the plaintiff's rights as written in the US Constitution.

## VI. Relief Requested

29. Incorporate paragraphs 1 through 28   into VI.  Relief  Requested as if it were stated herein.

30. A clear declaration by this Honorable Court stating the following: The defendants did knowingly violate the plaintiffs' 6th Amendment Right to Equal Protection of the Law, 8th Amendment Right to be free from Cruel and Unusual Punishment, and there 14th Amendment right to due process of Law, as is clearly written in the United States Constitution

31. The defendants committed all of the unconstitutional acts stated throughout this complaint with clear knowledge that what they were doing was wrong, but knew that the taxpayer would pick up the bill and they were untouchable.

32. That the defendants pay all legal fees and court costs up to this date, and any to come in the future concerning this matter. That the defendants did force and even taunt the plaintiffs to force them to take this legal action.

33. That the defendants within the IDOC, did clearly and knowingly violated prisoners' constitutional rights, and laws of the United States hiding behind their qualified immunity of a State Official And any other declaration that this Honorable Court may deem just and proper order to be issued by this Honorable Court on behalf of the plaintiffs:

34. The plaintiffs shall be granted clean Air to breath, by closing the Iowa State Penitentiary, and/or the active 'Land Fill' beside it. If done the air system must be cleaned throughout the Iowa State Penitentiary.

35. No retaliation will be taken against the plaintiffs for exercising their constitutional rights and for filing this civil complaint. And any other order that this Honorable Court may deem just and proper for damages to the plaintiff's health, and wellbeing. Which could be one dollar to a million dollars. Whatever the Court deems fair, and just. **The Plaintiff(s) are not after money in their pockets, all they care is that the Air they breath, and all other prisoners breath is clean air.**

36. Compensatory damages in the amount owed to each plaintiff go to the State of Iowa pay the plaintiff's restitution. Making the defendants pay the restitution owed by the plaintiffs would be a punishment which is needed, or if a plaintiff owes no restitution, whatever this Honorable Court feel is fair, and just, for any, and all

damages owed. **The Plaintiff(s) want no personal money, they just want the Defendant(s) punished for what they have done. Not the Taxpayer of Iowa.**

37. Make the Defendants pay not just all Court cost, filing fees, Attorney fees owed, but pay for all supply cost, postage fees, photo copy fees, any supplies used, etc. **This is the only cost the Plaintiff(s) want paid. We want clean air to breath!**

**VII. Statement Regarding this Complaint, were done by all the Plaintiffs.**

Respectfully signed on this _1 ⁵ᵗ_ day of _Feb,_ 2023, by:

**VIII. Signature**

_Jerry D. Ashburn_ _____        _Chris Bennett_ ___1-02-2023___
Jerry D. Ashburn                                      Chris Bennett

_Eric M. Thompson_ _____        _____
Eric M. Thompson

Iowa State Penitentiary
P. O. Box 316
Fort Madison, Iowa 52627-0316

**COPIES: JDA**

- 14 -

# CONFIDENTIAL

Facility:  Iowa State Penitentiary

Living Unit:  Housing Unit 3C-Pod

## Iowa Department of Corrections

# CENTRAL OFFICE GRIEVANCE RESPONSE FORM

Offender Name: Ashburn, Jerry Dean                    Offender No.:  0206577

Grievance No.:  58614                                          Date Received: 01/10/2023

## Appeal Action

(A) _____ Appeal contents are unclear (provide more facts)

(B) _____ Appeal to Warden/Superintendent

(C) _____ Extension necessary

(D) _____ Grievance appeal untimely pursuant to policy

(E) _____ Have not followed proper procedure

(F) _____ Non-grievable matter

(G) _X_ Response provided

(H) _____ This issue has been previously grieved

(I) _____ Use appropriate appeal form (complete all information)

(J) _____ Valid appeal response previously completed

## Decision

(A) _X_ Denied

(B) _____ Partially Sustained

(C) _____ Sustained

(D) _____ Withdrawn

## Response

I have received and reviewed your grievance appeal regarding 58614. I have also reviewed the original grievance and the grievance officer's response. I concur with the decision and reasons of the Warden/Superintendent or designee and Grievance Officer's response. Therefore, your appeal is denied

cc:  Offender
      Grievance Officer
      DOC File

Signed:                                                              Date:  01/23/2023

_____

Ariana DenHartog

Page 1 of 3

# CONFIDENTIAL

## Iowa Department of Corrections

### GRIEVANT APPEAL FORM



RECEIVED

JAN 09 2022

BY: .........................

Date: __January 9, 2023__

Incarcerated Individual Name: __Jerry D. Ashburn__  No.: __#0206577__

Grievance No.: __#58614__    Housing Unit: __HU3-C-122__

**Appeal must be received by the appropriate source within 15 days of the date of the grievance response or Warden/Superintendent appeal response.**

__Jerry D. Ashburn__              __January 9, 2023__
Grievant Signature                Date

**Appeal Statement:**
(My basis for appeal – cite specific reasons, new evidence, witnesses, etc.)

The 1ST Appeal was turned into Case Manager Shane Milligan, on December 22, 2022. It has now been 19 days since it was turned in. Policy States they have 15 days to respond. For this reason I am mailing you this final Appeal. If the response is sent to me Now, post dated to eat into my 15 days. I will let you know. It is a sad Game to play.
(Continued Page 2)

**Action Requested:**
'I WANT CLEAN AIR TO BREATH'

(Continued Page 3)

(Use back or additional paper, if needed)

Effective: April 2006, May 2006. Revised: April 2007, Jan. 2008. Reviewed: Dec. 2008, June 2010, Nov. 2011, March 2013, May 2014, Nov. 2015, Feb. 2017, July 2021.
Page 1 of 1

IO-OR-06 F-4

# Final Appeal

**This Appeal is being brought not only for myself, but all prisoners throughout the Iowa Department of Corrections (herein known as IDOC) I feel the Grievance response, and the First Appeal response was not correct, and stand by the original Grievance, to witt:**

Because of the close proximity to the Ft. Madison dump/landfill (400 yards) and the prevailing winds, ISP is constantly bombarded with volatile organic compounds and particulate matter from the landfill. Subsequently the filtration system is bombarded and overwhelmed with these compounds making them less efficient as well as a breeding ground for mold and mildew.

I suffer constantly from sinus infections, ear problems, and irritated eyes. This is not seasonal, it is 24/7, seven days a week. I know from talking to other prisoners and guards that many are experiencing the same eye, ear, and sinus problems. None of these problem were prevalent when ISP was located below the hill.

On a regular basis I have to clean the ceiling in my cell directly in front of the air vent. Obviously clean air is not coming out of the vent and something has to be done about this immediately. By having Inmates clean the filters and ductwork these problems would diminish and the overall health of myself and everyone would improve dramatically.

On another note if you choose to do nothing since I have brought this to your attention it would make for a great class action suit since everyone in this prison suffers from this common injury. I am sure that the EPA and or Iowa OHSA could do some testing to see if the dispersion rates fall out of the allowable limits permissible under the Federal Clean Air Act (CAA).

By ignoring the Federal Clean Air Act (ACC), you have clearly violated my 6th Amendment Right to equal protection of the Law, and my 8th Amendment right to be free from acts of cruel and unusual punishment. Which have been imposed by breathing the illegal particles in the Air System at the Iowa State Penitentiary (herein known as ISP). Which is, and does cause serious damage to my health, and the health of all prisoners at ISP.

These problems are not just at ISP. Anamosa State Penitentiary, has 'Mold and Asbestos' throughout the prison. The Fort Dodge Correctional Facility has some 'Mold' this appears to be an issue throughout the IDOC…

Why the IDOC built a new prison right next to an active 'Land Fill', within 400 yards is the question. The person who oversaw the building of this prison needs to be asked, 'Would you build a new home here?'



Oftentimes here at ISP we can taste the foul air, our throats are sore because of what we breath, we are plugged up each morning, eyes itch, or ears ache. Why is this? Logic would indicate it is because of the air coming from the active 'Land Fill', contaminates the air system at ISP.

## Relief Requested

I am requesting that jobs be created at ISP specifically for prisoners to clean the HVAC System on a daily basis for all building.

I am requesting that the 'Land Fill' be closed until the problems can be solved. Or ISP be closed until the 'Land Fill' is safe, or closed altogether. The active 'Land Fill' is a threat to the life, health, and wellbeing of all prisoners at ISP. It is also a threat to the health and wellbeing of the Correctional Officer who work at ISP...

If this problem continues to be ignored, I will be forced to take legal action against all of the Iowa State employees who were made aware of the problem, and made the choice to ignore it...

I will then also be asking for any damages that the court deems to be owed for punitive damages to my health, pain and suffering, and the intentional violations of my Constitutional Rights plus that of all prisoners. Which in turn could be $1.00 dollar, or a million dollars. Whatever the Court deems to be fair...

I hope that this can be solved with this simple grievance. I am clearly aware of acts of retaliation made against prisoners in the IDOC for telling the truth and standing up for what is just. That's why I will be sending copies to the Iowa Attorney General, the Governor, and numerous media outlets as well as those involved in Prisoner's Rights.

I do thank you for your time, and any help you can give us in this matter.


Respectfully, Jerry Dean Ashlun

# CONFIDENTIAL

Facility:  Iowa State Penitentiary

Living Unit:  Housing Unit 3C-Pod

## Iowa Department of Corrections

## CENTRAL OFFICE GRIEVANCE RESPONSE FORM

Offender Name:  Bennett, Christopher Paul          Offender No.:  1061193

Grievance No.:   58769                                            Date Received:  01/10/2023

### Appeal Action

(A) ____ Appeal contents are unclear (provide more facts)

(B) ____ Appeal to Warden/Superintendent

(C) ____ Extension necessary

(D) ____ Grievance appeal untimely pursuant to policy

(E) ____ Have not followed proper procedure

(F) ____ Non-grievable matter

(G) _X_ Response provided

(H) ____ This issue has been previously grieved

(I) ____ Use appropriate appeal form (complete all information)

(J) ____ Valid appeal response previously completed

### Decision

(A) _X_ Denied

(B) ____ Partially Sustained

(C) ____ Sustained

(D) ____ Withdrawn

### Response

I have received and reviewed your grievance appeal regarding 58769. I have also reviewed the original grievance and the grievance officer's response. I concur with the decision and reasons of the Warden/Superintendent or designee and Grievance Officer's response. Therefore, your appeal is denied

cc:  Offender
     Grievance Officer
     DOC File

Signed:  *Ariana DenHartog*                          Date:  01/23/2023

Ariana DenHartog

# CONFIDENTIAL

**Iowa Department of Corrections**

### GRIEVANT APPEAL FORM



RECEIVED

JAN 0 9 2022

BY: ........................

Date: _9/01/23_

Incarcerated Individual Name: _CHRIS BENNETT_    No.: _1061193_

Grievance No.: _58769_     Housing Unit: _3C 22_

**Appeal must be received by the appropriate source within 15 days of the date of the grievance response or Warden/Superintendent appeal response.**

_Chris Bennett_
Grievant Signature              _9/01/23_
                                               Date

**Appeal Statement:**
(My basis for appeal – cite specific reasons, new evidence, witnesses, etc.)

IT'S BEEN 18 DAYS SINCE I TURNED IN MY FIRST APPEAL ON 22-12-22
TO MY CASE MANAGER WITH NO RESPONCE AND IT BEING PAST THE
15 DAYS ALLOWED BY POLICY, IT NOW COMES TO YOU.
                       SEE PG. 2.

**Action Requested:**

            SEC. PG. 3

(Use back or additional paper, if needed)

Effective: April 2006, May 2006. Revised: April 2007, Jan. 2008. Reviewed: Dec. 2008, June 2010, Nov. 2011, March 2013, May 2014, Nov. 2015, Feb. 2017, July 2021.

Page 1 of 1

IO-OR-06 F-4

# Final Appeal

**This Appeal is being brought not only for myself, but all prisoners throughout the Iowa Department of Corrections (herein known as IDOC) I feel the Grievance response, and the First Appeal response was not correct, and stand by the original Grievance, to witt:**

Because of the close proximity to the Ft. Madison dump/landfill (300 yards) and the prevailing winds, ISP is constantly bombarded with volatile organic compounds and particulate matter from the landfill. Subsequently the filtration system is bombarded and overwhelmed with these compounds making them less efficient as well as a breeding ground for mold and mildew.

I suffer constantly from sinus infections, ear problems, and irritated eyes. This is not seasonal, it is 24/7, seven days a week. I know from talking to other prisoners and guards that many are experiencing the same eye, ear, and sinus problems. None of these problem were prevalent when ISP was located below the hill.

On a regular basis I have to clean the ceiling in my cell directly in front of the air vent. Obviously clean air is not coming out of the vent and something has to be done about this immediately. By having Inmates clean the filters and ductwork these problems would diminish and the overall health of myself and everyone would improve dramatically.

On another note if you choose to do nothing since I have brought this to your attention it would make for a great class action suit since everyone in this prison suffers from this common injury. I am sure that the EPA and or Iowa OHSA could do some testing to see if the dispersion rates fall out of the allowable limits permissible under the Federal Clean Air Act (CAA).

By ignoring the Federal Clean Air Act (ACC), you have clearly violated my 6th Amendment Right to equal protection of the Law, and my 8th Amendment right to be free from acts of cruel and unusual punishment. Which have been imposed by breathing the illegal particles in the Air System at the Iowa State Penitentiary (herein known as ISP). Which is, and does cause serious damage to my health, and the health of all prisoners at ISP.

These problems are not just at ISP. Anamosa State Penitentiary, has 'Mold and Asbestos' throughout the prison. The Fort Dodge Correctional Facility has some 'Mold' this appears to be an issue throughout the IDOC...

Why the IDOC built a new prison right next to an active 'Land Fill', within 300 yards is the question. The person who oversaw the building of this prison needs to be asked, 'Would you build a new home here?'

Oftentimes here at ISP we can taste the foul air, our throats are sore because of what we breath, we are plugged up each morning, eyes itch, or ears ache. Why is this? Logic would indicate it is because of the air coming from the active 'Land Fill', contaminates the air system at ISP.

## Relief Requested

I am requesting that jobs be created at ISP specifically for prisoners to clean the HVAC System on a daily basis for all building.

I am requesting that the 'Land Fill' be closed until the problems can be solved. Or ISP be closed until the 'Land Fill' is safe, or closed altogether. The active 'Land Fill' is a threat to the life, health, and wellbeing of all prisoners at ISP. It is also a threat to the health and wellbeing of the Correctional Officer who work at ISP...

If this problem continues to be ignored, I will be forced to take legal action against all of the Iowa State employees who were made aware of the problem, and made the choice to ignore it...

I will then also be asking for any damages that the court deems to be owed for punitive damages to my health, pain and suffering, and the intentional violations of my Constitutional Rights plus that of all prisoners. Which in turn could be $1.00 dollar, or a million dollars. Whatever the Court deems to be fair...

I hope that this can be solved with this simple grievance. I am clearly aware of acts of retaliation made against prisoners in the IDOC for telling the truth and standing up for what is just. That's why I will be sending copies to the Iowa Attorney General, the Governor, and numerous media outlets as well as those involved in Prisoner's Rights.

I do thank you for your time, and any help you can give us in this matter.


Respectfully,

Jerry D. Ashburn #0206577
Iowa State Penitentiary
P.O. Box 316
Fort Madison, Iowa 52627-0316

X-RAYED & CLEARED BY U.S.M.S.

To: Clerk, U.S. District
Southern District
P.O. Box 934
Des Moines, IA 50

＊ Legal Correspondence ＊